# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

MICHAEL DEVIN FLOYD,

    Plaintiff,

v.

SANTA CLARA COUNTY DISTRICT ATTORNEY, et al.,

    Defendants.

Case No. 23-cv-02754-BLF

**ORDER RE PARTIES' STATUS REPORTS; AND DENYING PLAINTIFF'S REQUESTS**

[Re: ECF 45, 46, 48]

Plaintiff Michael Devin Floyd sues the Santa Clara County District Attorney and others for violating his civil rights in connection with an ongoing criminal prosecution. The Court stayed the case pending resolution of those criminal proceedings. On August 21, 2024, the parties filed Status Updates (ECF 45, 46) at the Court's request, advising that the criminal proceedings against Plaintiff are ongoing. Accordingly, this case will REMAIN STAYED.

On August 22, 2024, Plaintiff filed a Supplemental Status Update (ECF 48), asking this Court to (1) remove his state criminal proceedings to federal court and (2) set a deadline for resolution of the state criminal proceedings. This Court lacks jurisdiction to grant Plaintiff's requests, which therefore are DENIED. *See Torres-Nevarez v. Thornell*, No. CV-23-02100-PHX-SRB (DMF), 2024 WL 1213989, at *4 (D. Ariz. Feb. 29, 2024) ("[F]ederal district courts have no direct authority or jurisdiction over original state criminal proceedings[.]"); *Jimison v. Idaho*, No. 1:22-CV-00292-BLW, 2022 WL 2953649, at *1 (D. Idaho July 26, 2022) ("[A] plaintiff cannot remove a criminal case to federal court.").

**IT IS SO ORDERED.**

Dated: August 23, 2024

_____
BETH LABSON FREEMAN
United States District Judge